IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LINDA D. HELM                                                                    PLAINTIFF

v.                                         Case No. 12-3018

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration                                          DEFENDANT


## <u>JUDGMENT</u>

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED and Plaintiff's

Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 26th day of June, 2013.


<u>/s/ P. K. Holmes, III</u>

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE